

**15-61719**

Certificate Number: 12459-GAN-CC-025748275



12459-GAN-CC-025748275

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 20, 2015, at 11:40 o'clock AM PDT, Larissa Barclay received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Georgia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   June 20, 2015                    By:    /s/Fatima Munekata

                                         Name:  Fatima Munekata

                                         Title: Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).