UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

IN RE: Larissa Barclay

Debtor

Case No. **15-61719**
Chapter 13

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(a)(1))

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☒ I am unemployed; or

☐ I am self-employed; or

☐ My employer did not provide pay stubs.

☐ Other

Dated: 6/20/15

_____
Debtor (signed: Larissa Barclay)