<u>Notice of Undeliverable Mail to Debtor</u>

June 28, 2015

From: United States Bankruptcy Court, Northern District of Georgia

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Larissa Faye Barclay, Case Number 15-61719, jrs

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2015 JUL -6  PM 1: 22



REGINA THOMAS
CLERK

DEPUTY CLERK

**TO THE DEBTOR:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form with the court at the following address:

**U.S. Bankruptcy Court**
**Atlanta Division**
**1340 Russell Federal Building**
**75 Spring Street, SW**
**Atlanta, GA 30303**

---

Undeliverable Address:
Plaza Home Mortgage

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
Plaza Home mortgage
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047

Signature of Debtor or Debtor's Attorney: *Larissa Barclay*      Date: 7/3/15

012565                    27807012577022                                  1