UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

October 15, 2015

**Larissa Faye Barclay**
877 Dolly Ave SW
Atlanta, GA 30331


RE:   Chapter:  13 Payment of Filing Fees
      Case No.: 15−61719−pmb

Dear  Larissa Faye Barclay ,

   A review of the Court's financial records disclosed that there is an outstanding filing fee of $235.00 for the bankruptcy case filed by you on June 25, 2015 . Upon the filing of a bankruptcy case, the debtor is responsible for the entire filing fee, regardless of the disposition of the case. Pursuant to Federal Rules of Bankruptcy Procedure, Rule 1006, the outstanding balance on the filing fee remains payable to the Clerk of Court.

   Please remit the outstanding balance by way of a money order or cashiers check. The payee on the money order or cashiers check is: **Clerk, U.S. Bankruptcy Court**. Do not send cash through the mail, but you may mail a money order or cashiers check to the Clerk. However, you may pay cash if you elect to appear in person at the Clerk's Office. Failure to pay filing fees results in additional collection proceedings. **Please return payment to:**

   U.S. Bankruptcy Court
   ATTN: Lynn Saunders
   1340 U.S. Courthouse
   75 Spring St, SW
   Atlanta, Georgia 30303


   If you have questions, or require additional information, please contact Gina Gow at 404.215.1131.



   Sincerely,

   M. Regina Thomas
   Clerk of Court
   U.S. Bankruptcy Court



cc:  Office of the United States Trustee

Form nff